IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ARTHUR LEVON BELTON,

     Plaintiff,

v.                                 CASE NO. 5:17-cv-293-MCR-GRJ

PAMELA JO BONDI, et al.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate confined at Graceville Correctional Facility, initiated this case by filing a complaint.  ECF No. 1. Plaintiff failed to use the Court's form for prisoner civil rights complaints and failed to either pay the civil case filing fee or file a motion for leave to proceed as a pauper with supporting documentation.  The Court ordered Plaintiff to correct these deficiencies on or before January 8, 2018.  ECF No. 3.  The Court subsequently denied Plaintiff's motion to stay this case, and afforded Plaintiff an extension of time to file an amended complaint and IFP motion until January 19, 2018.  The Court warned Plaintiff that failure to comply would result in a recommendation that this case be dismissed without further notice.  ECF No. 8.  As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should

be **DISMISSED** without prejudice for failure to comply with an order of the

Court and failure to prosecute.

      **IN CHAMBERS** this 22nd day of March 2018.

                *s/Gary R. Jones*

                GARY R. JONES
                United States Magistrate Judge


## <u>NOTICE TO THE PARTIES</u>

      **Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**